# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VS.**                                        **CRIMINAL ACTION NUMBER: 3:25-MJ-337**

**CHARLES O'LOAN**                                        **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on June 5, 2025 to conduct a combined preliminary and detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Danielle Yannelli, Assistant United States Attorney |
| For the defendant: | Defendant Charles O'Loan - Present and in custody<br>Scott T. Wendelsdorf, Federal Defender – Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a preliminary hearing on the record,

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this matter is scheduled for arraignment proceedings on **June 20, 2025 at 2:00 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

The Court having heard arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS FURTHER ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further order of the Court.

This 5th day of June, 2025

                                     **ENTERED BY ORDER OF THE COURT:**
                                     **REGINA S. EDWARDS**
                                     **UNITED STATES MAGISTRATE JUDGE**
                                     **JAMES J. VILT, JR., CLERK**
                                     **BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         U.S. Marshal
         Counsel for Defendant

|20