

# Case Assignment
# Standard Criminal Assignment

Case number **3:25CR-96-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 6/18/2025 11:34:50 AM
Transaction ID: 113143

[ Request New Judge ]   [ Return ]