FILED
JAMES J. VILT, JR. - CLERK

JUN 18 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                         CRIMINAL ACTION NO. 3:25 CR 96 DJH

CHARLES O'LOAN et al                                                 DEFENDANTS

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Danielle M. Yannelli, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this June 18, 2025, charging the above-named defendants with violations of Title 18, United States Code, Sections 2, and 2422(b), be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*Danielle M. Yannelli*
Danielle M. Yannelli
Assistant U.S. Attorney