# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:25-CR-96-DJH** |
| **AMBER WARNER** | **DEFENDANT** |

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on June 30, 2025 to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | A. Spencer McKiness on behalf of Danielle Yannelli, Assistant United States Attorney |
| For the defendant: | Defendant Amber Warner - Present and in custody<br>Brandon A. Girdley[1] - Present |
| Court Reporter: | Digitally recorded |

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged her identity, was furnished with a copy of the Indictment, was advised of the nature of the charge contained therein and was advised of her rights. The Court questioned the defendant under oath and found her eligible for appointed counsel. The Court appointed Jennifer H. Culotta from the Criminal Justice Act attorney panel to represent the defendant, effective June 30, 2025.

The United States having moved for the detention of the defendant,

**IT IS FURTHER ORDERED** that this matter is scheduled for arraignment proceedings and a detention hearing on **July 1, 2025 at 1:30 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshal pending further order of the Court.

June 30, 2025

ENTERED BY ORDER OF THE COURT:
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK
BY: *Ashley Henry* - Deputy Clerk

---

[1] Attorney Brandon A. Girdley was present for the purpose of initial appearance only.

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|10