Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:25CR-96-DJH**
**UNITED STATES OF AMERICA,**                                      **PLAINTIFF,**

**vs.**

**CHARLES O'LOAN and**
**AMBER WARNER,**                                                             **DEFENDANTS.**

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes the defendant, Charles O'Loan, by counsel, and moves the Court to continue the trial in this action, currently scheduled for February 2, 2026. As grounds for said motion, the undersigned states that additional time is necessary to prepare for trial, to counsel and advise the defendant to ensure that any decision by him to pursue trial or enter a plea of guilty herein is knowingly and intelligently made, and to provide constitutionally effective representation.

The undersigned has been authorized by counsel for the United States and counsel for co-defendant Amber Warner to represent to the Court that neither has any objection to the granting of this motion.

                                                           /s/ Scott T. Wendelsdorf
                                                           Federal Defender
                                                           629 Fourth Street
                                                           200 Theatre Building
                                                           Louisville, Kentucky 40202
                                                           (502) 584-0525

                                                           Counsel for Defendant O'Loan

## **CERTIFICATE**

      I hereby certify that on December 11, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808