UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA,**
    **Plaintiff**

vs.                                        **CASE NO: 3:25-CR-96-DJH**

**AMBER WARNER,**
    **Defendant**

**APPEARANCE BY ATTORNEY**

Party Classification: DEFENDANT

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member:    Defendant, Amber Warner

2.    Applicable attorney information is as follows:

    J. Donald Culotta, #99781
    Culotta & Culotta LLP
    The Hess House
    815 E. Market Street
    New Albany, IN 47150
    Telephone:  (812) 913-6982
    Fax:  (812) 913-6983
    donald@culottalaw.com

I certify that I am admitted to practice in this court.

                                              Respectfully Submitted:

                                               /s/  J. Donald Culotta
                                              James Donald Culotta

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/  J. Donald Culotta
                                             James Donald Culotta